3/02/26 10:54PM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Tsunami Restaurants, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF LOUISIANA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Acadiana Janitorial Service LLC<br>1020 Hanks Rd.<br>Duson, LA 70529 | | | | | | $4,995.00 |
| Acadiana Security Plus<br>107 Park Center Rd.<br>Broussard, LA 70518 | | | | | | $2,579.80 |
| All Star Signs & Specialies<br>c/o Nicholas Leehy<br>2014 W. Pinhook Rd., 7th Floor<br>Lafayette, LA 70508 | | | | | | $4,300.00 |
| Auto-Chlor Services, LLC<br>P.O. Box 669126<br>Dallas, TX 75266 | | | | | | $3,189.23 |
| Billeaud Management Co., Inc.<br>P.O. Box 80061<br>Lafayette, LA 70598 | | | | | | $1,840.00 |
| Capitol City Produce<br>16550 Commercial Ave.<br>Baton Rouge, LA 70816 | | | | | | $744.05 |
| Cintas<br>P.O. Box 650838<br>Dallas, TX 75265 | | | | | | $3,558.06 |
| Coca-Cola Bottling Company United<br>P.O. Box 105637<br>Atlanta, GA 30348 | | | | | | $3,013.99 |

| Debtor | **Tsunami Restaurants, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fortune Fish & Gourmet** P.O. Box 4126 New Orleans, LA 70178 | | | | | | $26,660.32 |
| **Greenbriar Investments** 338 North Sterling St. Lafayette, LA 70507 | | | | | | $2,400.00 |
| **Hilton's Restaurant Supply** 1820 Cameron St. Lafayette, LA 70506 | | | | | | $864.92 |
| **Iberia Fire & Safety Equipment, Inc.** P.O. Box 655 Loreauville, LA 70552 | | | | | | $425.00 |
| **J & J Exterminating Co., Inc** P.O. Box 52073 Lafayette, LA 70505 | | | | | | $1,225.00 |
| **JFC International Inc** 6415 Langfield Rd. Houston, TX 77092 | | | | | | $7,737.46 |
| **Loop Linen Service, Inc.** 463 Avenue A Westwego, LA 70094 | | | | | | $11,825.47 |
| **Patrick J. Gros, CPA APAC** 651 River Highland Blvd. Covington, LA 70433 | | | | | | $4,000.00 |
| **Red River Bank** P.O. Box 7432 Alexandria, LA 71306 | | | | $261,060.58 | $0.00 | $261,060.58 |
| **Southside Produce Company** 8240 Perkins Rd. Baton Rouge, LA 70810 | | | | | | $7,230.64 |
| **Sysco** 1451 River Oaks Rd. W #WES New Orleans, LA 70123 | | | | | | $2,659.12 |

Debtor  **Tsunami Restaurants, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vallone Refrigeration<br>3312 Cedarwood Dr.<br>New Iberia, LA 70560** | | | | | | $413.00 |